IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MOTHER: VERTIS-MAE, et al.,

    Plaintiffs,

      v.

ARGENT MORTGAGE COMPANY
LLC, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-2469-TWT

## ORDER

This is a pro se civil action.  It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 3 & 4].  The Complaint consists of incoherent nonsense.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Defendants' Motions to Dismiss [Doc. 3 & 4] are GRANTED.  This action is DISMISSED.

SO ORDERED, this 5 day of May, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge